# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160301

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PATRICIA JURCZAK and JOHN F.
JURCZAK, JR.,
      Plaintiffs-Appellees,

v

MOUNT CLEMENS INVESTMENT
GROUP, LLC,
      Defendant-Appellant.

SC: 160301
COA: 348617
Macomb CC: 2018-002492-NO

_____/

On order of the Court, the application for leave to appeal the August 14, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



b0518

                                      Clerk